IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAREN WILLIAMS STRIPLIN, | No. C 12-6417 SI |
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA WILEY W. MANUAL COURTHOUSE TRAFFIC DIVISION, SHANTELL STOKES, DEPARTMENT OF MOTOR VEHICLES, EL CERRITO, | |
| Defendants. | |

In an amended order filed February 27, 2013, the Court granted plaintiff's application to proceed *in forma pauperis* and dismissed the complaint with leave to amend. The Court granted plaintiff leave to file an amended complaint by March 15, 2013. Plaintiff did not file an amended complaint, nor has plaintiff taken any action in this case since the February 27, 2013 order.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this case WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: March 18, 2013

SUSAN ILLSTON
United States District Judge