IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAREN WILLIAMS STRIPLIN, | No. C 12-6417 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA WILEY W. MANUAL COURTHOUSE TRAFFIC DIVISION, SHANTELL STOKES, DEPARTMENT OF MOTOR VEHICLES, EL CERRITO, | |
| Defendants.                                  / | |

The Court has dismissed this case without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 18, 2013

SUSAN ILLSTON
United States District Judge